# Exhibit A

# Certificate of Registration



This certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TX 6-457-664

**Effective date of registration:**

August 29, 2007

## Title

**Title of Work:** Associated Press Print and Broadcast News Wires for August 13, 2007

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** August 13, 2007        **Nation of 1st Publication:** United States

## Author

■ **Author:** The Associated Press

**Author Created:** Original authorship of news articles; rewriting, editing & expanding previously published news articles; selection & arrangement of news articles.

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No        **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** The Associated Press

450 West 33rd St., New York, NY, 10001

## Limitation of copyright claim

**Material excluded from this claim:** Some AP articles are based on previously published news reports from AP members under license from those members.

**Previously registered:** No

**New material included in claim:** For articles based on news reports from AP members, AP has compiled, selected and arranged textual material, added additional expressive editorial content and textual material and rewritten, expanded and edited the members' news reports.

## Certification

IPN#:

**⋆ ⋆**

Registration #:

⋆ T X 0 0 0 6 4 5 7 6 6 4 ⋆

Service Request #:  1-8390956

AP Broadcast News Center
George Galt
1825 K Street, N.W. Suite 800
Washington, DC 20006-1232

# Exhibit B



Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

# TX 6-457-665

**Effective date of registration:**

August 29, 2007

## Title

Title of Work: Associated Press Print and Broadcast News Wires for August 14, 2007

## Completion/Publication

Year of Completion: 2007

Date of 1st Publication: August 14, 2007     Nation of 1st Publication: United States

## Author

Author: The Associated Press

Author Created: Original authorship of news articles; rewriting, editing & expanding previously
published news articles; selection & arrangement of news articles.

Work made for hire: Yes

Citizen of: United States

Anonymous: No     Pseudonymous: No

## Copyright claimant

Copyright Claimant: The Associated Press

450 West 33rd St., New York, NY, 10001

## Limitation of copyright claim

Material excluded from this claim: Some AP articles are based on previously published news reports from AP
members under license from those members.

Previously registered: No

New material included in claim: For articles based on news reports from AP members, AP has compiled,
selected and arranged textual material, added additional expressive editorial
content and textual material and rewritten, expanded and edited the
members' news reports.

## Certification

IPN#:

★ ★

Registration #:

★ T X 0 0 0 6 4 5 7 6 6 5 ★

Service Request #:    1-8391111

AP Broadcast News Center
George Galt
1825 K Street, N.W. Suite 800
Washington, DC 2006-1232

Exhibit C

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17 United States Code
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TX 6-457-682

**Effective date of registration:**

August 29, 2007

## Title

**Title of Work:** Associated Press Print and Broadcast News Wires for August 16, 2007

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** August 16, 2007     **Nation of 1st Publication:** United States

## Author

**Author:** The Associated Press

**Author Created:** Original authorship of news articles; rewriting, editing & expanding previously news articles; selection and arrangement of news articles.

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No     **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** The Associated Press

450 West 33rd St., New York, NY, 10001

## Limitation of copyright claim

**Material excluded from this claim:** Some AP articles are based on previously published news reports from AP members under license from those members.

**Previously registered:** No

**New material included in claim:** For articles based on news reports from AP members, AP has compiled, selected and arranged textual material, added additional expressive editorial content and textual material and rewritten, expanded and edited the members'news reports.

## Certification

IPN#:

★ ★

Registration #:

★ T X 0 0 0 6 4 5 7 6 8 2 ★

Service Request #:   1-8391011

AP Broadcast News Center
George Galt
1825 K Street, N.W. Suite 800
Washington, DC 20006-1232

# Exhibit D

# Certificate of Registration



This certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TX 6-457-678

**Effective date of
registration:**

August 29, 2007

## Title

Title of Work: Associated Press Print and Broadcast News Wires for August 20, 2007

## Completion/Publication

Year of Completion: 2007

Date of 1st Publication: August 20, 2007          Nation of 1st Publication: United States

## Author

- Author: The Associated Press

Author Created: Original authorship of news articles; rewriting, editing & expanding previously
published news articles; selection & arrangement of news articles.

Work made for hire: Yes

Citizen of: United States

Anonymous: No          Pseudonymous: No

## Copyright claimant

Copyright Claimant: The Associated Press

450 West 33rd Street, New York, NY 10001

## Limitation of copyright claim

Material excluded from this claim: Some AP articles are based on previously published news reports from AP
members under license from those members.

Previously registered: No

New material included in claim: For articles based on news reports from AP members, AP has compiled,
selected and arranged textual material, added additional expressive editorial
content and textual material and rewritten, expanded and edited the
members' news reports.

## Certification

IPN#:

**★ ★**

Registration #:

**★ T X 0 0 0 6 4 5 7 6 7 8 ★**

Service Request #:   1-8391156

George Galt, AP Broadcast News Center
1825 K Street, NW
Suite 800
Washington DC, DC 20006-1232

Exhibit E



Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TX 6-457-658

**Effective date of registration:**

August 29, 2007

## Title

**Title of Work:** Associated Press Print and Broadcast News Wires for August 24, 2007

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** August 24, 2007    **Nation of 1st Publication:** United States

## Author

■    **Author:** The Associated Press

**Author Created:** Original authorship of news articles; rewriting, editing & expanding previously published news articles; selection & arrangement of news articles

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** The Associated Press

450 West 33rd St, New York, NY, 10001

## Limitation of copyright claim

**Material excluded from this claim:** Some AP articles are based on previously published news reports from AP members under license from those members.

**Previously registered:** No

**New material included in claim:** For articles based on news reports from AP members, AP has compiled, selected and arranged textual material, added additional expressive editorial content and textual material and rewritten, expanded and edited the members' news reports.

## Certification

IPN#:

\* \*

Registration #:

\* T X 0 0 0 6 4 5 7 6 5 8 \*

Service Request #:   1-8391056

AP Broadcast News Center
George Galt
1825 K Street NW Suite 800
Washington, DC 20006-1232

# Exhibit F

**Moreover Technologies - Search results for... - of 6453 returned**
**You are viewing a feed that contains frequently updated content.** When you subscribe to a feed, it is added to the Common Feed List. Updated information from the feed is automatically downloaded to your computer and can be viewed in Internet Explorer and other programs. Learn more about feeds.

 Subscribe to this feed

## Weather on Your Desktop - Sponsored Link

Today, August 13, 2007, 41 minutes ago

Ad - Free tool from The Weather Channel temp, alerts, news, traffic & more.

## Suspect in Mo. Shooting Charged

Today, August 13, 2007, 41 minutes ago

NEOSHO, Mo. (AP) -- Prosecutors on Monday filed three murder charges against a Micronesian man accused of opening fire inside of a church, killing three people and wounding five others during a worship service of a mostly Micronesian congregation.

## Stocks Rebound After Banks Add Liquidity

Today, August 13, 2007, 41 minutes ago

NEW YORK (AP) -- Wall Street rebounded Monday after the Federal Reserve and other central banks added more cash to their banking systems, helping investors set aside some concerns about credit tightness. The New York Fed, which carries out the central

## Camera Sees No Signs of Life in Mine

Today, August 13, 2007, 41 minutes ago

HUNTINGTON, Utah (AP) -- Another attempt to sink a video camera deep inside a coal mine where six miners have been trapped since a collapse a week ago yielded no signs of life, officials said Monday, frustrating crews trying to find the men. The camera

## Anniversary of officer's death marked in Seattle

Today, August 13, 2007, 43 minutes ago

SEATTLE (AP) -- Friends and relatives of a Seattle police officer killed in a traffic crash one year ago today met at the intersection (of 23rd and Yesler) where Joselito Barber died. They lit candles early this morning and held a moment of silence.

## Ripken Chosen to Be Special Sports Envoy

Today, August 13, 2007, 44 minutes ago

WASHINGTON (AP) -- Sports, not politics, will be Baseball Hall of Famer Cal Ripken, Jr.'s emphasis in his new role as a special envoy for the State Department. 'This isn't a political statement for me, necessarily,'

Ripken said Monday after Secretary of

## New Stamp Will Honor Jimmy Stewart

Today, August 13, 2007, 46 minutes ago

Latest Movie News INDIANA, Pa. (AP) – A stamp honoring Jimmy Stewart will be released Friday by the U.S. Postal Service at ceremonies in Indiana, Pa., and Hollywood, Calif. The photo on the stamp is based on a portrait of Stewart as he appeared in a

## Chinese Executive Kills Self Amid Recall

Today, August 13, 2007, 57 minutes ago

BEIJING (AP) -- The head of a Chinese manufacturer whose lead-tainted Sesame Street toys were the center of a massive U.S. recall has killed himself, a state-run newspaper said Monday. Cheung Shu-hung, who co-owned Lee Der Industrial Co., committed

## Stock Move Higher As Banks Add Liquidity

Today, August 13, 2007, 57 minutes ago

NEW YORK (AP) -- Wall Street rebounded Monday after the Federal Reserve and other central banks added more cash to their banking systems, helping investors set aside some concerns about credit tightness. The New York Fed, which carries out the central

## Taiwanese Media Mogul Indicted

Today, August 13, 2007, 1 hour ago

TAIPEI, Taiwan (AP) -- The head of Taiwan's largest media group has been indicted for violating securities law and embezzling funds, an official said Monday. According to the Taipei Prosecutors' Office, Gary Wang, chairman of the Eastern Multimedia

## Profit Doubles at HCL Technologies

Today, August 13, 2007, 1 hour ago

NEW DELHI (AP) -- Indian software company HCL Technologies Ltd. said Monday its profit in the most recent quarter doubled from a year ago, thanks to a slew of new outsourcing orders that more than offset the impact of a stronger rupee. Net profit in the

## EU Clears Intel, STMicro Joint Venture

Today, August 13, 2007, 1 hour ago

BRUSSELS, Belgium (AP) -- The European Union cleared the way Monday for Intel Corp. and Switzerland's STMicroelectronics NV to combine troubled units that make a type of flash memory used primarily in cell phones. The two chip makers and private equity

## Hurricane Flossie Storms Toward Hawaii

Today, August 13, 2007, 1 hour ago

HONOLULU (AP) -- Hurricane Flossie roared toward Hawaii on Monday with its sustained wind increased to 140 mph, though forecasters said the Category 4 storm would weaken before passing by the islands. The hurricane was expected to pass about 70 miles

## Duke Patient: Fluid Caused Health Issues

Today, August 13, 2007, 1 hour ago

RALEIGH, N.C. (AP) -- Patients of Duke University hospitals who were exposed to surgical tools cleaned in used hydraulic fluid still blame the mistake for their health problems despite a Duke-commissioned study that suggests otherwise. Of 3,648 patients

## U.S. Military Starts New Iraq Offensive

Today, August 13, 2007, 1 hour ago

BAGHDAD (AP) -- The U.S. military launched a new offensive on Monday aimed at cracking down on Sunni and Shiite extremists, according to a statement. The statement singled out Sunni insurgents linked to al-Qaida in Iraq and said the Shiite extremists

## Woods Wins 13th Major

Today, August 13, 2007, 1 hour ago

TULSA, Okla. (AP) -- In his greatest victories, Tiger Woods dominated the field and left the competition feeling deflated. This time, the dissection was more cruel - he actually let 'em hang around for a while. The world's best player won the PGA

## Astronauts Begin Spacewalk

Today, August 13, 2007, 1 hour ago

HOUSTON (AP) -- Two astronauts began a spacewalk Monday to replace equipment on the international space station as NASA worked feverishly to decide whether the shuttle Endeavour's crew would need to repair a gouge on the ship's belly later this week. A

## Rove to Leave White House Aug. 31

Today, August 13, 2007, 1 hour ago

WASHINGTON (AP) -- Karl Rove, President Bush's close friend and chief political strategist, announced Monday he will leave the White House at the end of August, joining a lengthening line of senior officials heading for the exits in the final 1 1/2 years

## Easing Economic Concerns Boost Oil, Gas

Today, August 13, 2007, 2 hours ago

buoyed by easing concerns about the economy and scattered reports of refinery outages over the weekend. Energy investors were keeping one eye on stocks, which rose in early trading on news that central banks are

taking steps to increase liquidity and

## Blackstone Group 2Q Profit Triples

Today, August 13, 2007, 2 hours ago

NEW YORK (AP) -- Blackstone Group L.P.'s profit tripled in the second quarter as clients poured more money into the private equity firm's investment funds, the company said Monday. The New York-based partnership also said it expects to harvest solid

## Traffic nightmare averted on northbound I-5 in Seattle

Today, August 13, 2007, 2 hours ago

SEATTLE (AP) -- Traffic is moving near the posted 45 miles per hour limit on the northbound lanes of I-Five through a Seattle construction project where officials feared a congestion nightmare. Drivers are apparently heading the warnings from the

## Kmart Uses Ethnic Dolls As Shopper Draw

Today, August 13, 2007, 2 hours ago

CHICAGO (AP) -- Toy store aisles are getting a multicultural makeover. Bolstered by the success of Nickelodeon's popular bilingual children's character, Dora the Explorer, and the spending power of the nation's growing minority population, toy retailers

## Sears Narrows 2Q Guidance, Seeks Shares

Today, August 13, 2007, 2 hours ago

HOFFMAN ESTATES, Ill. (AP) -- Sears Holdings Corp. narrowed its second-quarter earnings guidance Monday and announced its second major share buyback program in a month. The retailer, which owns Sears and Kmart stores, said it expects profits of $170

## Edward A. Mueller Named New Qwest CEO

Today, August 13, 2007, 2 hours ago

DENVER (AP) -- Former Williams-Sonoma Inc. CEO Edward A. Mueller said Monday he plans to focus on fundamentals, especially customer service, as the new head of Qwest Communications International Inc. Mueller, who will replace retiring Chairman and Chief

## China Says Inflation Up Sharply

Today, August 13, 2007, 2 hours ago

BEIJING (AP) -- China's inflation rate accelerated to the highest monthly rate in a decade - driven by a 15.4 percent surge in politically sensitive food prices over the year-earlier period, according to data released Monday. Prices of pork and other

## Major World Markets Rebound

Moreover Technologies - Search results for... - of 6453 returned                    Page 5 of 5

Today, August 13, 2007, 2 hours ago

regaining some territory lost in a global plunge last week, as central banks continued a steady supply of liquidity to soothe rattled investors. Minutes after Wall Street opened in the United States, the Fed said that it would add at least $2 billion in

## Blackstone's 2Q Profit More Than Triples

Today, August 13, 2007, 2 hours ago

NEW YORK (AP) – Blackstone Group L.P.'s profit tripled in the second quarter as clients poured more money into the private equity firm's investment funds, the company said Monday. The New York-based partnership also said it expects to harvest solid

## Goldman Hedge Fund Gets $3B Bailout

Today, August 13, 2007, 2 hours ago

NEW YORK (AP) — Goldman Sachs Group said Monday it is leading a group of investors that includes Maurice 'Hank' Greenberg and Eli Broad, sinking $3 billion into one of its biggest hedge funds which has seen its value plunge amid market volatility. The

## Stocks Higher After Banks Add Liquidity

Today, August 13, 2007, 2 hours ago

NEW YORK (AP) — Wall Street rebounded Monday after the Federal Reserve and other central banks added more cash to their banking systems, helping investors set aside some concerns about credit tightness. The New York Fed, which carries out the central

## Jury Trial for Man Accused in 49 Deaths

Today, August 13, 2007, 2 hours ago

MOSCOW (AP) — A man accused of killing dozens of people in a Moscow park over several years and marking his slayings on a chessboard - with the goal of filling all 64 squares - will face a jury trial next month, a court ruled Monday. After his arrest

## Researchers Seek Mysterious Dark Matter

Today, August 13, 2007, 2 hours ago

LOS ANGELES (AP) -- In deep underground laboratories around the globe, a high-tech race is on to spot dark matter, the invisible cosmic glue that's believed to keep galaxies from spinning apart. Whoever discovers the nature of dark matter would solve one

# Exhibit G

---

**Moreover Technologies - Search results for... - of 6467 returned**

**You are viewing a feed that contains frequently updated content.** When you subscribe to a feed, it is added to the Common Feed List. Updated information from the feed is automatically downloaded to your computer and can be viewed in Internet Explorer and other programs. Learn more about feeds.

 Subscribe to this feed

---

## ITT Technical Institute - Sponsored Link

Today, August 14, 2007, 58 minutes ago

Ad - Over 85 locations and online programs available. Request free info.

## Ex-Tacoma, WA, teacher charged with kidnapping

Today, August 14, 2007, 58 minutes ago

TACOMA, Wash. (AP) -- A former Tacoma elementary school teacher investigated four months ago for inappropriately socializing with students has been charged with kidnapping a 10-year-old Tacoma boy to have sex with him. 31-year-old Jennifer Leigh Rice was

## Car Buyers Give Toyota Lexus Top Score

Today, August 14, 2007, 59 minutes ago

DETROIT (AP) — U.S. car buyers appear to be more satisfied with their purchases than ever, despite some quality stumbles by Asian brands, according to a survey released Tuesday. The consumer satisfaction rate for vehicles rose 1 point this year to a

## No New Talks Planned on Koreans

Today, August 14, 2007, 59 minutes ago

By AMIR SHAH GHAZNI, Afghanistan (AP) -- Taliban leaders and South Korean officials negotiated by phone over the fate of 19 remaining hostages, but no new face-to-face talks had been planned, the International Committee of the Red Cross said Tuesday. Two

## Collapse of Bridge in China Kills 28

Today, August 14, 2007, 1 hour ago

By ALEXA OLESEN BEIJING (AP) — A bridge under construction in an ancient Chinese city collapsed as workers removed scaffolding from its facade, killing at least 28 people, the government said Tuesday. The 140-foot-high bridge spanning the Tuo River in

## Hurricane Flossie Heads for Hawaii

Today, August 14, 2007, 1 hour ago

HONOLULU (AP) -- Public schools closed and Hawaiians were warned to stock up on food and water as Hurricane Flossie roared toward the state early Tuesday. As if the storm wasn't enough, an 5.3 magnitude

earthquake jolted the Big Island of Hawaii

## Utah Mine Search Goes Deeper

Today, August 14, 2007, 1 hour ago

HUNTINGTON, Utah (AP) — More than a week after a thunderous collapse, a search for six missing miners moved Tuesday toward the back of the mine, where officials hoped the men sought refuge in search of an air pocket. Crews were drilling another hole in

## Bonds Cheered in Pittsburgh; Teams Split

Today, August 14, 2007, 1 hour ago

PITTSBURGH (AP) — For one night, all was forgiven between Barry Bonds and Pittsburgh. The lack of clutch hitting during three playoff series failures. The throw that didn't get Sid Bream. The shouting match with Jim Leyland. As a few cheer-filled hours

## Search for Trapped Utah Miners Continues

Today, August 14, 2007, 2 hours ago

HUNTINGTON, Utah (AP) — With the drilling of another hole, the search for six missing miners moved Tuesday toward the back of a mine where officials hoped the men sought refuge in search of an air pocket. Crews already have drilled two holes and fitted

## Sweden Suspends Iraq Flights

Today, August 14, 2007, 2 hours ago

By LOUISE NORDSTROM STOCKHOLM, Sweden (AP) — Sweden has suspended commercial flights to and from Iraq after an apparent rocket attack against a passenger jet as it took off from the northern city of Sulaimaniyah, the Nordic country's aviation authority

## Turkey's Foreign Minister Seeks Support

Today, August 14, 2007, 2 hours ago

By SELCAN HACAOGLU ANKARA, Turkey (AP) — Turkish Foreign Minister Abdullah Gul, once again aiming to become the country's president, sought support from opposition leaders Tuesday although some parties fear he will undermine secular traditions and

## 2 Women Released by Taliban to Fly Home

Today, August 14, 2007, 2 hours ago

By AMIR SHAH GHAZNI, Afghanistan (AP) -- Two women freed by Taliban kidnappers left a U.S. base to await a flight home, while South Korean and militant officials negotiated by telephone Tuesday over the 19 remaining hostages. The women's release Monday

## Bomber Strikes Bridge in Iraq; 10 Dead

Today, August 14, 2007, 2 hours ago

BAGHDAD (AP) -- A suicide truck bomber struck a strategic bridge north of Baghdad on Tuesday, sending cars plunging into the river and killing at least 10 people, police said. The attack occurred about noon on the Thiraa Dijla bridge in Taji, a town near

## Minn. Picks Designs for New Bridge

Today, August 14, 2007, 2 hours ago

MINNEAPOLIS (AP) -- As politicians wrangled over the future of the collapsed Mississippi River bridge, more heavy rain pelted the area, threatening to delay recovery work. New storms moved in overnight after weekend thunderstorms slowed divers still

## Oil Steady in Asia As Concerns Ease

Today, August 14, 2007, 2 hours ago

Oil prices were little changed Tuesday as concerns over a tropical storm eased with a revised forecast that predicted the storm will turn away from the Gulf of Mexico. Weekend refinery problems also turned out not to be as bad as initially thought.

## Stocks Head for Higher Open

Today, August 14, 2007, 2 hours ago

NEW YORK (AP) -- U.S. stocks moved toward a higher open Tuesday after a relatively quiet session Monday that saw stocks finish flat and as key retailers came out with mixed quarterly results. Investors girding for continued volatility were given a break

## Broncos Beat 49ers 17-13 in Preseason

Today, August 14, 2007, 3 hours ago

SAN FRANCISCO (AP) -- Alex Smith and Jay Cutler both looked ready to shoulder the big responsibilities they'll carry this season. Smith went 4-for-5 for 58 yards passing while leading two first-quarter scoring drives for the 49ers, and Cutler was sharp

## Bonds Cheered in Pittsburgh; Giants Lose

Today, August 14, 2007, 3 hours ago

PITTSBURGH (AP) -- For one night, all was forgiven between Barry Bonds and Pittsburgh. The lack of clutch hitting during three playoff series failures. The throw that didn't get Sid Bream. The shouting match with Jim Leyland. As a few cheer-filled hours

## Bangladesh's Refugees Dream of Pakistan

Today, August 14, 2007, 4 hours ago

By JULHAS ALAM DHAKA, Bangladesh (AP) -- They call themselves the forgotten refugees, dreaming of a land many have never seen - Pakistan. Crowded into impoverished shanty camps across Bangladesh, they

are remnants of the mass migration that accompanied

## US Military Launches Operation in Diyala

Today, August 14, 2007, 4 hours ago

By KIM GAMEL BAGHDAD (AP) -- About 16,000 U.S. and Iraqi troops began a new operation north of Baghdad targeting insurgents who have fled a crackdown in the restive city of Baqouba, the military said Tuesday. Political leaders prepared for a crisis

## Ala. City Considers End to Alcohol Sales

Today, August 14, 2007, 4 hours ago

ATHENS, Ala. (AP) -- Voters have a chance on Tuesday to return this northern Alabama city to the days of Prohibition. A measure to end the sale of alcohol in Athens is up for a citywide vote, a rare instance where voters could overturn a previous vote to

## NYC Socialite Brooke Astor Dies at 105

Today, August 14, 2007, 4 hours ago

NEW YORK (AP) -- Brooke Astor was the grand dame of New York City society and philanthropy - a woman as comfortable in a Harlem youth center as she was in a Fifth Avenue penthouse. She hobnobbed with the Queen of England and showed up on the streets of

## Rights Group: 31 Killed in Mogadishu

Today, August 14, 2007, 4 hours ago

By SALAD DUHUL MOGADISHU, Somalia (AP) -- Fighting in Somalia's capital has killed 31 civilians and wounded 60 in the past 24 hours, a local human rights group said Tuesday. The battles began Monday when insurgents attacked government bases, said Sudan

## Sexson Hits Walkoff Homer Against Twins

Today, August 14, 2007, 4 hours ago

For at least one at-bat, Richie Sexson stopped Seattle fans from booing him. The slugger, hitting under .200 for much of the year, hit Matt Guerrier's second pitch of the ninth inning over the left-center field fence to lift the Mariners to a dramatic,

## New York City Philanthropist Astor Dies

Today, August 14, 2007, 5 hours ago

NEW YORK (AP) -- Brooke Astor was the grand dame of New York City society and philanthropy - a woman as comfortable in a Harlem youth center as she was in a Fifth Avenue penthouse. She hobnobbed with the Queen of England and showed up on the streets of

## China Bridge Collapse Kills 22

Today, August 14, 2007, 5 hours ago

BEIJING (AP) -- A bridge under construction in an ancient Chinese city collapsed as workers removed scaffolding from its facade, killing at least 22 people and leaving 46 missing, state television reported Tuesday. The official Xinhua News Agency said 64

## Pakistan Marks Independence Day

Today, August 14, 2007, 5 hours ago

ISLAMABAD, Pakistan (AP) -- Pakistan marked the 60th anniversary of its independence from British rule Tuesday amid a political crisis facing the country's U.S.-allied president and surging militant violence. Artillery guns boomed at daybreak in

## Presidential Race Hits Breakneck Pace

Today, August 14, 2007, 5 hours ago

CONCORD, N.H. (AP) -- Late-night conference calls, Sundays spent in the office and a diet served in takeout bags are the hallmarks of the final weeks of a presidential primary campaign. They're already the norm in the early voting states of New Hampshire

## China Is Becoming an Issue in 2008 Race

Today, August 14, 2007, 5 hours ago

WASHINGTON (AP) -- When Democratic presidential contender Barack Obama said in a recent debate that 'the center of gravity in this world is shifting to Asia,' he had one nation clearly in mind. 'China is rising and it's not going away,' said the senator

## Astros Beat Dodgers 4-1

Today, August 14, 2007, 6 hours ago

LOS ANGELES (AP) -- Jason Lane hit a two-run homer, Roy Oswalt won his fifth consecutive decision and the Houston Astros sent the slumping Los Angeles Dodgers to their ninth loss in 11 games with a 4-1 victory Monday night. Oswalt (13-6) gave up a run

## NASA Studies Gouge on Endeavour's Belly

Today, August 14, 2007, 6 hours ago

HOUSTON (AP) -- If astronauts have to venture into the void of space to fix a deep gash on the shuttle Endeavour's belly, they'll get plenty of help from a team of experts assembled to help pick and perfect the best repair technique. NASA put together

# Exhibit H

**Moreover Technologies - Search results for... - of 6530 returned**

**You are viewing a feed that contains frequently updated content.** When you subscribe to a feed, it is added to the Common Feed List. Updated information from the feed is automatically downloaded to your computer and can be viewed in Internet Explorer and other programs. Learn more about feeds.

 Subscribe to this feed

---

## Back Surgery Alternative - Sponsored Link

Today, August 16, 2007, 1 hour ago

Ad - Minimally Invasive Laser Procedures Quick Recovery.- Learn More Now.

## U.S. Stocks Move Toward Further Pullback

Today, August 16, 2007, 1 hour ago

NEW YORK (AP) -- U.S. stocks appeared headed for another sharp retrenchment Thursday as a move by Countrywide Financial Corp. confirmed fears of widening problems with some mortgages and tighter access to credit. Dow futures expiring in September fell

## Texas Storm Erin Comes Ashore

Today, August 16, 2007, 1 hour ago

CORPUS CHRISTI, Texas (AP) -- Tropical Storm Erin made landfall Thursday morning and brought rain to the Texas Gulf Coast even as it was downgraded to a tropical depression. Erin came ashore at Copano Bay, about 25 miles northeast of Corpus Christi.

## Study: Teen Drug Use at Schools Worsens

Today, August 16, 2007, 1 hour ago

WASHINGTON (AP) -- Teenagers say drug problems at school are getting worse, and parents express doubts about ever making such schools drug free, a new study says. The percentage of teens who say they attend high schools with drug problems has increased

## Iraqi PM Announces Shiite-Kurd Alliance

Today, August 16, 2007, 1 hour ago

BAGHDAD (AP) -- The Iraqi prime minister and president announced a new alliance of moderate Shiites and Kurds in a push to save the crumbling government Thursday, saying a key Sunni bloc refused to join but the door remained open to them. Prime Minister

## Earthquake Kills at Least 337 in Peru

Today, August 16, 2007, 1 hour ago

LIMA, Peru (AP) -- A powerful 7.9-magnitude earthquake shook Peru's coast near the capital, killing at least 337 people and injuring 827, the Civil Defense said early Thursday. Civil Defense Commander Aristides

Mussio released the figures on Peru's state

## U.S. Stocks Head for Further Pullback

Today, August 16, 2007, 2 hours ago

NEW YORK (AP) -- U.S. stocks appeared headed for another sharp retrenchment Thursday as fears persisted of widening problems with some mortgages and tighter access to credit. Dow futures expiring in September lost 156, or 1.21 percent, to 12,765, while

## Asian, European Stocks Fall

Today, August 16, 2007, 2 hours ago

TOKYO (AP) -- Asian stocks hit their lowest levels in months Thursday - and European stocks followed in early trade - battered by persistent anxiety over U.S. housing loan problems and potential damage to global financial markets. The benchmark Nikkei

## Democrats Target 2008 Calif. Vote Plan

Today, August 16, 2007, 3 hours ago

LOS ANGELES (AP) -- Leading Democrats are uniting with Hollywood producer Steven Bing and hedge fund manager Tom Steyer to oppose a California ballot proposal they fear could hand the 2008 presidential election to the Republican nominee. A lawyer with

## China Vows Punishment for Bridge Deaths

Today, August 16, 2007, 3 hours ago

By CHRISTOHER BODEEN BEIJING (AP) -- China's president has called for severe punishment against those responsible for a bridge collapse that killed at least 40 people, state media said Thursday. Rescuers combed through the rubble of the bridge in the

## Iran Denounces US Missile Defense Plans

Today, August 16, 2007, 3 hours ago

By LEILA SARALAYEVA BISHKEK, Kyrgyzstan (AP) -- Iranian President Mahmoud Ahmadinejad on Thursday denounced a U.S. plan to deploy missile defense sites in Eastern Europe, calling it a threat to the region. Ahmadinejad spoke at the summit of the Shanghai

## Bobby Cox Ejected in Braves Win

Today, August 16, 2007, 3 hours ago

At the rate he's going, nobody will catch Bobby Cox on the career ejections list. After setting the record Tuesday night, the Braves manager was tossed for the 133rd time by first base umpire Angel Hernandez for disputing a balk call in the third inning

## Bush Pushes Agenda Without Congress

Today, August 16, 2007, 3 hours ago

CRAWFORD, Texas (AP) — The door is closing on President Bush's opportunity to shape domestic policy. His strength is sapped by an unpopular war, Democrats are running Congress, and the 2008 presidential election is in full roar, distracting attention

## Texas Eyes Erin; Dean Becomes Hurricane

Today, August 16, 2007, 3 hours ago

CORPUS CHRISTI, Texas (AP) — Bands of rain from Tropical Storm Erin fell along Texas' coast early Thursday, while Hurricane Dean formed in the open Atlantic, becoming the first hurricane of the Atlantic season. Dean headed toward the Lesser Antilles in

## Powerful Earthquake in Peru Kills 135

Today, August 16, 2007, 3 hours ago

LIMA, Peru (AP) — A powerful 7.9-magnitude earthquake shook Peru's coast near the capital, killing at least 135 people and injuring more than 1,300 others in cities farther to the south, the country's health minister said early Thursday. Seventeen

## Plans for New Minn. Bridge Questioned

Today, August 16, 2007, 4 hours ago

ST. PAUL, Minn. (AP) — State transportation officials want to build a bridge by 2008 to replace the one that collapsed, and several contractors have said they think it can be done on time. But lawmakers and others questioned the fast-track plans for the

## Images, Noises Offer Hope at Utah Mine

Today, August 16, 2007, 4 hours ago

HUNTINGTON, Utah (AP) — Rescuers searching for six trapped coal miners got two pieces of hopeful news - images of an intact chamber with potentially breathable air and the sound of mysterious vibrations in the mountain. Officials were studying the

## U.S., Israel Sign $30 Billion Aid Deal

Today, August 16, 2007, 4 hours ago

By ARON HELLER JERUSALEM (AP) — The United States offered Israel on Thursday an unprecedented $30 billion military aid package, bolstering its closest Mideast ally. The aid deal represents a 25 percent rise in U.S. military aid to Israel, from a current

## Hurricane Dean Forms in Open Atlantic

Today, August 16, 2007, 4 hours ago

MIAMI (AP) — Hurricane Dean formed in the open Atlantic early Thursday and headed toward the Lesser Antilles in the Caribbean, forecasters said. Hurricane warnings were issued for the islands of Dominica and St.

Lucia by their local governments.

## Zimbabwe to Top Summit's Agenda

Today, August 16, 2007, 4 hours ago

By JOSEPH J. SCHATZ LUSAKA, Zambia (AP) -- Zambia's president once likened the situation in neighboring Zimbabwe to a 'sinking Titanic.' But as President Levy Mwanawasa hosted Zimbabwean President Robert Mugabe and other regional leaders at a summit

## SKorea, U.N. Mull Help for Flooded North

Today, August 16, 2007, 4 hours ago

By BURT HERMAN SEOUL, South Korea (AP) -- Foreign governments and aid agencies considered North Korea's pleas for help Thursday after heavy rains triggered floods that official media said destroyed more than a tenth of the impoverished country's crops.

## Iraq PM, President Announce New Alliance

Today, August 16, 2007, 4 hours ago

BAGHDAD (AP) -- The Iraqi prime minister and president on Thursday announced a new alliance of moderate Shiites and Kurds, saying Sunni moderates refused to join but the door remained open to them. Prime Minister Nouri al-Maliki said the agreement was

## Indians Back in First in AL Central

Today, August 16, 2007, 5 hours ago

The Cleveland Indians haven't even been close to playing their best baseball and they're still tied for the lead in the AL Central. Fausto Carmona struck out a career-high 10 and finally got his 14th win as the Indians beat Detroit 5-2 on Wednesday night

## Taliban, SKorea to Resume Hostage Talks

Today, August 16, 2007, 5 hours ago

By AMIR SHAH GHAZNI, Afghanistan (AP) -- The Taliban will hold a new round of face-to-face talks Thursday with South Korean officials over 19 church volunteers still held hostage, a spokesman for the militant group said. Three South Korean delegates

## Powerful Earthquake in Peru Kills 115

Today, August 16, 2007, 5 hours ago

Latin America Multimedia Latin America News LIMA, Peru (AP) -- A powerful 7.9-magnitude earthquake shook Peru's coast near the capital, killing at least 115 people and injuring more than 1,000 others, the country's health minister said early Thursday.

## Admitted Pedophile Walks Fine Legal Line

Today, August 16, 2007, 6 hours ago

LOS ANGELES (AP) -- Jack McClellan has made himself a marked man - a self-described pedophile whose behavior has creeped out parents and child advocates nationwide. But while he's talked openly about his attraction to little girls, or 'LGs' as he calls

## Elvis Fans Boost Economies of 2 States

Today, August 16, 2007, 6 hours ago

JACKSON, Miss. (AP) -- Even from beyond the grave, Elvis Presley still generates big bucks. That's even more true this week. Fans from Europe, Asia, Australia, South America - and even from exotic locales like Kansas - are spending their hard-earned

## NASA Nears Decision on Shuttle Fix

Today, August 16, 2007, 6 hours ago

HOUSTON (AP) -- NASA managers remained 'cautiously optimistic' that a deep gouge in the shuttle Endeavour's belly wouldn't require spacewalking repairs but wanted to run one last test and double-check their data Thursday before making a decision.

## Death Toll in Iraq Bomb Attack at 250

Today, August 16, 2007, 6 hours ago

BAGHDAD (AP) -- Rescuers used bare hands and shovels Wednesday to claw through clay houses shattered by an onslaught of suicide bombings that killed at least 250 and possibly as many as 500 members of an ancient religious sect in the deadliest attack of

## Suicide Rate in Army at a 26-Year High

Today, August 16, 2007, 6 hours ago

WASHINGTON (AP) -- Ninety-nine U.S. soldiers on active duty killed themselves last year, the highest rate of suicide in the Army in 26 years, a military report said. One out of four soldiers who committed suicide did so while serving in Iraq or

## Powerful Earthquake in Peru Kills 71

Today, August 16, 2007, 6 hours ago

LIMA, Peru (AP) -- A powerful 7.9-magnitude earthquake shook Peru's coast near the capital, killing at least 71 people and injuring 680 others, Deputy Health Minister Jose Calderon said Thursday. Speaking on television and radio, Calderon called the

# Exhibit I

> **Moreover Technologies - Search results for... - of 6316 returned**
> **You are viewing a feed that contains frequently updated content.** When you subscribe to a feed, it is
> added to the Common Feed List. Updated information from the feed is automatically downloaded to your
> computer and can be viewed in Internet Explorer and other programs. Learn more about feeds.
>
>   Subscribe to this feed

## Back Surgery Alternative - Sponsored Link

Today, August 20, 2007, 35 minutes ago

Ad - Minimally Invasive Laser Procedures Quick Recovery - Learn More Now.

## Taiwan Jet Explodes Into Fire in Japan

Today, August 20, 2007, 35 minutes ago

By DEBBY WU NAHA, Japan (AP) — Passengers used emergency slides to evacuate a China Airlines jet just
minutes before the plane burst into a fireball Monday after arriving in Okinawa from Taiwan. All 165 people
aboard escaped unhurt, including the pilot,

## Amanpour's `God's Warriors' Airs on CNN

Today, August 20, 2007, 49 minutes ago

NEW YORK (AP) — Christiane Amanpour's work on the documentary series 'God's Warriors' took her directly
to intersections of extreme religious and secular thinking. She watched, fascinated, as demonstrators in San
Francisco accused teenagers in the

## `Grease' Opens With TV-Chosen Stars

Today, August 20, 2007, 49 minutes ago

NEW YORK (AP) — What have America's television watchers wrought? They chose the two leads in the latest
Broadway revival of 'Grease,' that seemingly indestructible homage to '50s high school life. And their decision,
first announced in March on NBC's

## De Niro Celebrates Birthday Twice

Today, August 20, 2007, 49 minutes ago

HONOLULU (AP) — Traveling allowed Robert De Niro to celebrate his birthday twice. De Niro first turned 64 in
Melbourne, Australia, on Friday where he attended the grand opening of his latest Nobu restaurant. Then he
caught a private jet over the

## Study: 2008 Campaign Is Top News Story

Today, August 20, 2007, 49 minutes ago

LOS ANGELES (AP) — Politics eclipsed the Iraq war as the top story in recent news coverage as U.S. media
attention focused on the presidential race, according to a study released Monday. Campaign coverage that

had paid more attention to Democrats than

## Stock Futures Are Narrowly Higher

Today, August 20, 2007, 1 hour ago

NEW YORK (AP) -- Stock futures were higher Monday as investors tried to assess whether the Federal Reserve will keep lowering interest rates. Wall Street rallied Friday after the Fed cut the discount rate, the interest it charges banks to borrow money,

## 11 Hurt at Filming of Tom Cruise Movie

Today, August 20, 2007, 2 hours ago

BERLIN (AP) -- Eleven extras were injured during the filming of a new movie starring Tom Cruise, police said Monday. The 11 men, along with a companion who escaped injury, fell off the back of a truck on Sunday night. Police said in a statement that a

## Stock Futures Narrowly Higer

Today, August 20, 2007, 2 hours ago

NEW YORK (AP) — Stock futures were higher Monday as investors tried to assess whether the Federal Reserve will keep lowering interest rates. Wall Street rallied Friday after the Fed cut the discount rate, the interest it charges banks to borrow money,

## Deadly Flooding Hits Minn., Wis., Okla.

Today, August 20, 2007, 2 hours ago

WINONA, Minn. (AP) -- Relentless thunderstorms dropped up to a foot of rain on parts of Minnesota and Wisconsin, bursting riverbanks, engulfing cars and forcing rescuers to pluck residents from rooftops. Six deaths were reported in Minnesota and search

## 11 Hurt During Filming of Cruise Movie

Today, August 20, 2007, 2 hours ago

BERLIN (AP) -- Eleven extras were injured when they fell out of a truck during filming of a new movie starring Tom Cruise, police said Monday. The 11 were taken to hospital as filming stopped on the movie, provisionally titled 'Valkyrie,' which stars

## Shuttle Astronauts Prepare to Come Home

Today, August 20, 2007, 2 hours ago

HOUSTON (AP) — Their mission cut short by Hurricane Dean, astronauts aboard the shuttle Endeavour wrapped up their work in orbit Monday and prepared to come home. The hurricane no longer posed much of a threat to the Houston home of Mission Control, but

## China TV Airs Shows Defending Products

Today, August 20, 2007, 4 hours ago

By AUDRA ANG BEIJING (AP) — Chinese state television has launched a weeklong series of programs dedicated to defending the country's reputation as a safe maker of global goods, pushing forward its campaign to woo back international trust. The first

## Iraq Prime Minister Visits Syria

Today, August 20, 2007, 4 hours ago

By QASSIM ABDUL-ZAHRA DAMASCUS, Syria (AP) -- Iraq's embattled Nouri al-Maliki came to Syria on Monday on his first visit here as prime minister amid efforts to garner neighbors' support for curbing violence at home. The three-day sojourn by the Iraqi

## Giants Beat Ravens 13-12 in Preseason

Today, August 20, 2007, 4 hours ago

BALTIMORE (AP) — A hard-hitting preseason game between the New York Giants and Baltimore Ravens produced far more injuries than touchdowns. New York won 13-12 Sunday night, but both teams lost key players during a physical affair. Two members of the

## Asian Markets Rebound; Europe Up

Today, August 20, 2007, 4 hours ago

taking their cue from Wall Street's recovery late last week after the Federal Reserve cut a key interest rate. The Tokyo benchmark index jumped 3 percent after ending last week with its biggest point drop in more than seven years. Meanwhile, European

## Top Candidates Profit From Book Deals

Today, August 20, 2007, 4 hours ago

WASHINGTON (AP) — The top-tier presidential candidates have some personal finance numbers in common - six- or seven-figure book deals. Writing a book has become a prerequisite to running for president - a means to explain views in depth, to set the

## Santana Strikes Out 17 in Twins Win

Today, August 20, 2007, 4 hours ago

The way Johan Santana was pitching, Mike Redmond thought he might get to catch a no-hitter. Redmond had to settle for a whole bunch of strikeouts instead. Santana set a franchise record with 17 Ks in eight innings to lead the Minnesota Twins past the

## Asian Markets Rebound After US Rate Cut

Today, August 20, 2007, 5 hours ago

taking their cue from Wall Street's recovery late last week after the Federal Reserve cut a key interest rate. The Tokyo benchmark index jumped 3 percent after ending last week with its biggest point drop in more than

seven years. The Nikkei 225 closed

## Taiwanese Jet Catches Fire in Japan

Today, August 20, 2007, 5 hours ago

By MARI YAMAGUCHI TOKYO (AP) — A China Airlines jet exploded into flames at an airport in Okinawa after arriving from Taiwan Monday, but all 165 people aboard escaped alive, officials said. The 157 passengers - including two small children - fled the

## Hope Fading for Trapped Chinese Miners

Today, August 20, 2007, 5 hours ago

XINTAI, China (AP) — Rescue workers pumped water Monday from a flooded mine in eastern China but hopes were fading quickly for the safety of 181 miners trapped for three days. Distraught family members shouted for information and one woman fainted as

## German Woman Freed in Afghanistan

Today, August 20, 2007, 5 hours ago

By RAHIM FAIEZ KABUL, Afghanistan (AP) — Four suspected kidnappers were captured Monday as Afghan police freed a German aid worker who had been snatched from a restaurant while she ate with her husband, officials said. Hundreds of police freed the

## Rescuers in Peru Quake Lose Hope

Today, August 20, 2007, 5 hours ago

PISCO, Peru (AP) — Rescuers said there was 'no hope' of finding anyone else alive in the rubble of this southern port city leveled by a magnitude-8 earthquake that left at least 540 people dead. 'We've stopped the rescue work,' said Jorge Vera, a

## Bush Seeks to Boost Canada, Mexico Ties

Today, August 20, 2007, 5 hours ago

OTTAWA (AP) — President Bush, tending to relations with two border nations, will try to give a boost Monday to his partnerships with the like-minded leaders of Canada and Mexico. Bush's two-day summit with Canadian Prime Minister Stephen Harper and

## U.S. Official Praises SAfrica AIDS Plan

Today, August 20, 2007, 5 hours ago

JOHANNESBURG, South Africa (AP) — The top U.S. health official praised South Africa's new national AIDS plan on Sunday, but sidestepped questions about the dismissal of a deputy minister seen as a driving force behind the country's program. South

## AP: Pain Medicine Use Has Nearly Doubled

Today, August 20, 2007, 5 hours ago

MYRTLE BEACH, S.C. (AP) -- People in the United States are living in a world of pain and they are popping pills at an alarming rate to cope with it. The amount of five major painkillers sold at retail establishments rose 90 percent between 1997 and 2005,

## Smoltz Sets Braves Strikeout Record

Today, August 20, 2007, 5 hours ago

John Smoltz dominated through eight innings, setting the Braves franchise strikeout record and snapping the surging Arizona Diamondbacks' four-game winning streak. But if it were up to the veteran left-hander, he would have been out there for the ninth.

## Santana Fans 17 in Twins Win

Today, August 20, 2007, 5 hours ago

The way Johan Santana was pitching, Mike Redmond thought he might get to catch a no-hitter. Redmond had to settle for a whole bunch of strikeouts instead. Santana set a franchise record with 17 Ks in eight innings to lead the Minnesota Twins past the

## Gas Leak Sickens 19 Va. Tech Students

Today, August 20, 2007, 6 hours ago

BLACKSBURG, Va. (AP) -- A carbon monoxide leak at an off-campus apartment complex critically sickened two Virginia Tech students and sent 17 other people to hospitals Sunday, police said. Five women, all students, were found unconscious in their beds in

## Immigration Activist Deported to Mexico

Today, August 20, 2007, 6 hours ago

LOS ANGELES (AP) -- An immigration activist who took refuge in a Chicago church for a year to avoid being separated from her son has been deported to Mexico, the church's pastor said. Elvira Arellano was arrested Sunday afternoon outside Our Lady Queen

## Caymans Brace As Hurricane Dean Nears

Today, August 20, 2007, 6 hours ago

GEORGE TOWN, Cayman Islands (AP) -- Authorities in the Cayman Islands imposed a curfew and evacuated tourists as the British territory braced for a brush Monday with Hurricane Dean, which has left a trail of destruction across the Caribbean killing at

# Exhibit J

**Moreover Technologies - Search results for... - of 6484 returned**
**You are viewing a feed that contains frequently updated content.** When you subscribe to a feed, it is added to the Common Feed List. Updated information from the feed is automatically downloaded to your computer and can be viewed in Internet Explorer and other programs. Learn more about feeds.

 Subscribe to this feed

## Get The New York Times Newspaper - Sponsored Link

Today, August 24, 2007, 1 hour ago

Ad - Stay informed! Fast & Easy Delivery of NY Times for as low as $1/week.

## Vick Files Plea Admitting to Dogfighting

Today, August 24, 2007, 1 hour ago

RICHMOND, Va. (AP) — Michael Vick filed his plea agreement in federal court Friday admitting to conspiracy in a dogfighting ring and helping kill pit bulls. He denied ever betting on the fights, only bankrolling them. The Atlanta Falcons quarterback is

## Clinton Vows Boost to US Health Care

Today, August 24, 2007, 1 hour ago

LEBANON, N.H. (AP) — Hillary Rodham Clinton promised Thursday that as president she would improve health care quality by raising standards for providers, educating patients and requiring insurers to reward innovation. While rivals Barack Obama and John

## Iowa Caucus: Wooing One Voter at a Time

Today, August 24, 2007, 1 hour ago

PRIMGHAR, Iowa (AP) — If Hillary Rodham Clinton wins Iowa's presidential caucuses, it won't be because of endorsements or poll numbers. It will be because of people like Carol McCarty, who lives in the state's heavily Republican northwest corner but

## Man Accused of Biting Girlfriend's Snake

Today, August 24, 2007, 1 hour ago

BELFAST, Northern Ireland (AP) — A Northern Ireland man bit his girlfriend's pet snake in half during a fight and remarked that it 'tasted lovely,' lawyers testified Friday. Shane Cooke, a 33-year-old bricklayer, was arraigned in Belfast High Court on

## Finnish Boy Fined for YouTube Video

Today, August 24, 2007, 1 hour ago

HELSINKI, Finland (AP) — A 15-year-old schoolboy was fined Friday for posting a video on YouTube showing a karaoke performance of his teacher and for claiming she was a lunatic. In the first case of its kind in Finland,

Nurmes District Court found Toni

## Users: Outage No Reason to Abandon Skype

Today, August 24, 2007, 1 hour ago

FRANKFURT, Germany (AP) — When the Internet phone company Skype went offline for nearly two days last week, Tim Legrand was frustrated and inconvenienced. But he has no plans to switch back to a traditional telephone line. The Birmingham, England,

## Forest Fires Kill 12 in Southern Greece

Today, August 24, 2007, 2 hours ago

By ELENA BECATOROS ATHENS, Greece (AP) — Forest fires whipped by gale-force winds killed at least 12 people on Friday in the mountains of southern Greece, including six people trapped in their cars. Across the country, more than 150 fires were burning,

## GM Testing Fuel Technology

Today, August 24, 2007, 2 hours ago

DETROIT (AP) — General Motors Corp. says it is testing a new combustion process that could increase fuel economy in conventional engines by up to 15 percent. The announcement comes as fuel economy has become a increasingly important issue as gasoline

## Morgan Stanley Cuts Retail Sales Outlook

Today, August 24, 2007, 2 hours ago

NEW YORK (AP) — Morgan Stanley on Friday cut its forecast for retail sales growth in 2008, saying that the current 'turmoil' in the credit markets will lead to declines in consumer wealth and available credit as well as more modest job growth in the

## Hasselhoff Accepts Libel Damages

Today, August 24, 2007, 2 hours ago

LONDON (AP) — David Hasselhoff accepted libel damages Friday from the publisher of magazines that accused him of being drunk and abusive in a Hollywood nightclub. Northern and Shell PLC, the publisher of the British edition of OK! magazine and Northern

## Ex-Attorney Sues Pamela Bach

Today, August 24, 2007, 2 hours ago

LOS ANGELES (AP) — Divorce may cost more than David Hasselhoff's ex-wife bargained for. Pamela Bach was sued Thursday by her former lawyer, who alleges the actress owes him nearly $40,000 in unpaid fees. Attorney Gary Mitchell claimed he represented

## E-mail satisfies Enumclaw officials; scupture stays at City Hall

Today, August 24, 2007, 2 hours ago

ENUMCLAW, Wash. (AP) -- A bronze sculpture that arrived with a broken piece and was beset with authenticity questions will remain in front of City Hall, officials in this southeast King County town have decided. A forwarded e-mail from someone claiming

## NJ Teen Unlocks IPhone From AT&amp;T Network

Today, August 24, 2007, 2 hours ago

NEW YORK (AP) -- A teenager in New Jersey has broken the lock that ties Apple's iPhone to AT&T's wireless network, freeing the most hyped cell phone ever for use on the networks of other carriers, including overseas ones. George Hotz, 17, confirmed

## Ex-Astronaut Wants Ankle Bracelet Off

Today, August 24, 2007, 2 hours ago

By TRAVIS REED ORLANDO, Fla. (AP) -- Former astronaut Lisa Nowak, accused of attacking a romantic rival, asked a judge Friday to let her remove her electronic monitoring ankle bracelet, saying that it cuts her ankle and gets in the way of her military

## Flooded Midwest Slammed by More Storms

Today, August 24, 2007, 2 hours ago

CHICAGO (AP) -- Ferocious thunderstorms, heat and humidity added to the Midwest's flooding misery Friday as thousands of people returned to damaged homes, many without electricity to run fans or pumps. Chicago was smacked by a sudden thunderstorm with 70

## Seale Gets 3 Life Terms for '64 Killings

Today, August 24, 2007, 2 hours ago

By EMILY WAGSTER PETTUS JACKSON, Miss. (AP) -- James Ford Seale, a reputed Ku Klux Klansman, was sentenced Friday to three life terms in prison for his role in the 1964 abduction and murder of two black teenagers in southwest Mississippi. Seale, 72, was

## Seattle judge leaves Rabbi's assault charge in place

Today, August 24, 2007, 2 hours ago

SEATTLE (AP) -- A Seattle Municipal Court judge has denied a request to dismiss an assault charge against a Seattle rabbi who is accused of hitting and killing a City Council aide last year. Ephraim Schwartz is scheduled to go on trial on September 18.

## 2 Fort Lewis soldiers killed in Iraq to be buried Saturday

Today, August 24, 2007, 2 hours ago

EVANSVILLE, Ind. (AP) -- Two Indiana soldiers killed in Iraq will be buried in separate ceremonies on Saturday. The funeral for Cpl. Will Powell, 21, will be in his home town of Evansville. Cpl. Shawn Hensel, 20,

will be buried in his hometown of

## Tribune's July Revenue Drops 5.9 Percent

Today, August 24, 2007, 3 hours ago

CHICAGO (AP) -- Tribune Co. said Friday its revenue fell 5.9 percent last month on a continuing tailspin in classified advertising sales that resulted in an even steeper decline in its newspaper division. The company, whose properties include the Chicago

## Chinese Banks Disclose Credit Exposure

Today, August 24, 2007, 3 hours ago

SHANGHAI, China (AP) -- Chinese banks are just beginning to disclose their exposure to the U.S. subprime mortgage crisis, sending some bank shares plummeting in Hong Kong. Bank of China saw its Hong Kong stock price fall by as much as 8.1 percent Friday

## Home Depot May Cut Wholesale Unit Price

Today, August 24, 2007, 3 hours ago

ATLANTA (AP) -- The Home Depot Inc. and a group of private equity firms are discussing cutting the $10.3 billion price on the company's proposed sale of its wholesale distribution business by about $1 billion, a person with direct knowledge of the

## Burger King Reports 4Q Profit

Today, August 24, 2007, 3 hours ago

MIAMI (AP) -- Burger King Holdings Inc. posted a profit Friday for the fourth quarter versus a loss a year earlier, fueled by strong late-night and breakfast sales and energetic promotional campaigns. The results come as the world's second largest

## Heinz 1Q Profit Up 6 Percent, Lifts View

Today, August 24, 2007, 3 hours ago

PITTSBURGH (AP) -- H. J. Heinz Co. said Friday its fiscal first-quarter earnings grew 6 percent, driven by double-digit growth in ketchup, beans, soups and Smart Ones meals, and the ketchup maker raised its outlook for the full year. Net income rose to

## Stocks Up After Economic Reports

Today, August 24, 2007, 3 hours ago

NEW YORK (AP) -- Stocks rose moderately Friday following several upbeat economic readings that seemed to counter some of the bleak sentiment on Wall Street in recent weeks. Stocks went from flat to higher after a stronger-than-expected reading on new

## Politician, 2 Men Found Dead in Fla.

Today, August 24, 2007, 3 hours ago

ORLANDO, Fla. (AP) -- A former campaign aide to a Florida congressman and two other men were found dead in a home in an apparent double-murder and suicide, authorities and relatives said. Authorities have not determined a motive for the deaths of Ralph

## Sentencing Starts in 1964 Miss. Killings

Today, August 24, 2007, 3 hours ago

By EMILY WAGSTER PETTUS JACKSON, Miss. (AP) -- Deputies escorted James Ford Seale into court in a bulletproof vest and shackles Friday for sentencing for his role in the 1964 abduction and killing of two black teenagers. The reputed Ku Klux Klansman, now

## Home Sales Rise, Factory Orders Up

Today, August 24, 2007, 3 hours ago

WASHINGTON (AP) -- Sales of new homes perked up, while factory orders took off in July, raising hopes that the economy can safely weather financial turmoil that has shaken Wall Street. The Commerce Department reported Friday that new-home sales rose 2.8

## Masked Militants Target Police in Iraq

Today, August 24, 2007, 3 hours ago

Extract not available.

## U.S. General Wary of Withdrawal Plan

Today, August 24, 2007, 3 hours ago

Extract not available.

## King County, WA, Superior Court judge rules against Schierman

Today, August 24, 2007, 4 hours ago

SEATTLE (AP) -- King County Superior Court Judge Gregory Canova has turned down a defense motion to bar prosecutors from seeking the death penalty against Conner Schierman. The 25-year-old Schierman is accused of killing four members of a Kirkland family