Edward F. Maluf
Joseph J. Barker
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10022
212.705.7000

Attorneys for Plaintiff
*The Associated Press*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ASSOCIATED PRESS, | |
| Plaintiff, | 07 Civ. _____ |
| -against- | RULE 7.1 STATEMENT |
| MOREOVER TECHNOLOGIES, INC., and VERISIGN, INC., | |
| Defendants. | |

**RECEIVED OCT 09 2007 U.S.D.C. S.D.N.Y. CASHIERS**

**JUDGE DANIELS**

**07 CIV 8699**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiff The Associated Press states that it has no corporate parents, affiliates and/or subsidiaries that have any outstanding securities in the hands of the public, has no publicly held stock, and no publicly held company owns more than 10% of its stock.

Dated: New York, New York
       October 9, 2007

                                BINGHAM McCUTCHEN LLP

                                By: _____
                                    Edward F. Maluf
                                    Joseph J. Barker
                                399 Park Avenue
                                New York, NY 10022
                                212.705.7000

A/72245068.2