UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ASSERTED PRESS,

                    Plaintiff,

   -against-

MOREOVER TECHNOLOGIES, INC.,
**et ano.**,

                    Defendants.
------------------------------------X

Case No. 07 CIV 8699 (GBD)
**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE    )
                            s.s.:
COUNTY OF NEW CASTLE )

      _Daniel Newcomb_____, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

      That on the __11__ day of October, 2007, at approximately __2:22 p.m.__ a.m./p.m., deponent served a true copy of the Summons in a Civil Action, Complaint with Exhibits, Civil Cover Sheet, Individual Practice Rules of Judge Daniels, Consent to Proceed Before a United States Magistrate Judge [Blank Form], Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003, 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 and the Individual Practice Rules of Magistrate Judge Eaton upon Moreover Technologies, Inc. by serving their Registered Agent, The Corporation Service Company at 2711 Centerville Road, Wilmington, Delaware by personally delivering and leaving the same with __Mary Drummond_____, who informed deponent that he/she holds the position of __Managing Agent_____, is authorized to accept service at that address.

    __Mary Drummond_____ is a __Black__ __Female__ approximately __40__ years of age, stands approximately __5__ feet, __6__ inches tall, weighs approximately __130__ pounds with __Brown__ hair and __Brown__ eyes.

                                  Sworn to before me this
                                  __11__ day of October, 2007.

_____
PROCESS SERVER
Daniel Newcomb

_____
KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008