UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

THE ASSOCIATED PRESS,

                Plaintiff,

    - against -

MOREOVER TECHNOLOGIES, INC and
VERISIGN, INC.,

                Defendants.

------------------------------------------------------------------- x

07 Civ. 8699 (GBD)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

    LeVar Charles, being duly sworn, deposes and says that he is employed by the law firm of Bingham McCutchen LLP, is over the age of 18 years and is not a party to this action.

    On October 11, 2007, at approximately 10:30 am, deponent served the Summons, Complaint, Civil Cover Sheet and Judge's Rules upon Verisign, Inc. c/o their Registered Agent CT Corporation System by delivering and leaving the documents with Nora Dindyal, who identified herself as a Process Specialist and authorized to accept service of the papers on behalf of Verisign, Inc. Ms. Dindyal is a female approximately 140 pounds, 45 years of age, 5'5"-5'6" tall with black hair.

    Service was made at CT Corporation System at 111 Eighth Avenue, New York, NY 10022.

                                                                     LeVar Charles
                                                                     Proc. Lic. # 1194422

Sworn to before me this
11th day of Oct. 2007

DAVID MARCUS
Notary Public, State of New York
No. 4873948
Qualified in New York County
Commission Expires Oct. 20, 2010

A/72248768.1