

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ASSOCIATED PRESS,

                     Plaintiff,

v.

MOREOVER TECHNOLOGIES, INC., and
VERISIGN, INC.,

                     Defendants.

07 CIV 8699 (GBD)

**STIPULATION AND ORDER**

     Defendants VeriSign, Inc. and Moreover Technologies, Inc. (collectively "Defendants") and plaintiff The Associated Press ("Plaintiff"), through their respective counsel of record, hereby stipulate and agree as follows:

     WHEREAS, on October 11, 2007, Plaintiff served Defendants with the Summons and Complaint in this action.

     WHEREAS, the time for Defendants to respond to the Complaint, as calculated pursuant to Rule 12 of the Federal Rules of Civil Procedure, currently is October 31, 2007.

     WHEREAS, neither party has previously requested an extension.

     WHEREAS, Plaintiff and Defendants have agreed that Defendants' time to answer or otherwise respond to the Complaint shall be extended up to an additional thirty (30) days.

     WHEREAS, the parties have further agreed that, in the event Defendants elect to file a response that requires an opposition brief or other responsive pleading, Plaintiff shall receive an extension the length of which shall be equivalent to the extension actually taken by Defendants to respond to the Complaint pursuant to this Stipulation.

NOW, THEREFORE, the parties stipulate and agree as follows:

1. The time for defendants VeriSign, Inc. and Moreover Technologies, Inc. to answer or otherwise respond to the Complaint in the above-captioned action is hereby extended up to November 30, 2007.

2. In the event Defendants file responsive pleadings to which an opposition brief or other responsive pleading is required, Plaintiff shall receive an adjournment the length of which shall be equivalent to the actual extension taken by Defendants pursuant to Paragraph 1 herein.

Dated: October 24, 2007

ARNOLD & PORTER LLP
JAMES B. SWIRE
LOUIS S. EDERER
ELEANOR M. LACKMAN
399 Park Avenue
New York, New York 10022-4690
(212) 715-1000

ARNOLD & PORTER LLP
RONALD L. JOHNSTON (to seek *pro hac vice* admission)
SEAN MORRIS
777 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017
(213) 243-4000

By: /s/ Sean Morris
SEAN MORRIS
Attorneys for Defendants
VeriSign, Inc. and Moreover Technologies, Inc.

2

Dated: October 24, 2007

BINGHAM McCUTCHEN LLP
EDWARD F. MALUF
JOSEPH J. BARKER
399 Park Avenue
New York, New York 10022
(212) 705-7000

By: _____
EDWARD F. MALUF
Attorneys for Plaintiff
The Associated Press

OCT 2 6 2007

SO ORDERED, this _____ day of October, 2007

_____
U.S.D.J.
HON. GEORGE B. DANIELS

# 446648