UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE ASSOCIATED PRESS,

                                                  Plaintiff,

               v.                                                          07 CIV 8699 (GBD)

MOREOVER TECHNOLOGIES, INC., and
VERISIGN, INC.,

                                                  Defendants.

---

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1
## OF DEFENDANTS VERISIGN, INC. AND MOREOVER TECHNOLOGIES, INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned attorney of record for Defendants certifies that Moreover Technologies, Inc.

is a wholly owned subsidiary of VeriSign, Inc. The undersigned attorney further certifies

that VeriSign, Inc. has no corporate parent, and no publicly held corporation owns 10%

or more of VeriSign, Inc.'s stock.

Dated: November 7, 2007                    Respectfully submitted,
                                            ARNOLD & PORTER LLP

                                            By: _Sean Mos_____

                                            Ronald L. Johnston (to seek *pro hac vice* admission)
                                            Sean Morris
                                            777 S. Figueroa Street, Suite 4400
                                            Los Angeles, CA 90017
                                            (213) 243-4000

                                                              -- and --

James B. Swire
Louis S. Ederer
Eleanor M. Lackman
399 Park Avenue
New York, New York 10022-4690
(212) 715-1000

*Attorneys for Defendants*
*VeriSign, Inc. and Moreover Technologies, Inc.*