**moreover** ●●●
A VeriSign Company

HOME | CLIENT LOGIN | SITE MAP

PRODUCTS | CONTENT | CUSTOMERS | PARTNERS | COMPANY | CONTACT

## products : overview

- OVERVIEW
- FOR ENTERPRISE
- FOR OEM
- FOR PUBLISHERS
- FOR INDIVIDUALS

Corporate Brochure (PDF)

Current awareness, through real-time online news and information, has become a major force in shaping how businesses understand markets, react to competitive threats and harness revenue opportunities.

Moreover Technologies is the premier provider of real-time news, current awareness and business information, pioneering the way online news is gathered, refined, categorized and delivered. Moreover products are trusted by hundreds of leading organizations to deliver real-time current awareness and actionable news intelligence that drives informed business decisions.

Moreover provides products for:

**Enterprises**
Small, medium and large size companies

**OEM**
Application developers, Online Portals, Internet Search Engines

**Publishers**
Medium and Large media publishers

**Individuals**
Bloggers, Website owners and RSS Reader users

### Moreover Product Advantages

**Total Coverage**
*Benefit: Comprehensive view into the online news that affects your business*
Moreover has broad news coverage across a wide range of media types. Moreover harvests content from an editorially ranked list of more than 25,000 online news sources, including:

- International news leaders
- Regional news sources
- Corporate product and press pages
- Government press pages
- Industry trade journals
- Focused niche publications
- Over one million Weblogs
- Broadcast Audio and Video

**Organization**
*Benefit: Quickly find targeted online news content relevant to your business needs*
Moreover intelligently categorizes news content across 500 topics to provide targeted browsing. News articles and analyzed and enriched with more than 30 descriptive metadata fields to enable precision filtering of millions of real-time news articles.

**Real-Time**
*Benefit: Confidence that decisions are based on the most current online news available*
Moreover harvests more than 250,000 news articles per day, in real-time. Breaking stories can be available in as fast as two minutes from online publication.

**Cost Effective**
*Benefit: Valuable current awareness insight, while staying within budgets*
Because Moreover aggregates news from the Internet, there are no hidden content access charges like traditional syndicated news services. The result is a fixed, predictable cost structure.

**Integration**
*Benefit: Spend less time, money and resources integrating news content into your environment*
Moreover solutions can be quickly integrated into custom applications, Websites, intranets or enterprise portals. Moreover solutions are all 100% standards-based, providing unrivalled flexibility and speed of integration, resulting in an extremely low total cost of ownership.

© 1998 - 2007 Moreover Technologies, Inc. All rights reserved. Privacy Policy | Terms and Conditions