

**moreover** ● ● ●
A VeriSign Company

PRODUCTS | CONTENT | CUSTOMERS | PARTNERS | COMPANY | CONTACT

## content : overview

- OVERVIEW
- CURRENT AWARENESS
- WEBLOGS
- BROADCAST

Corporate Brochure (PDF)

Moreover collects, aggregates and delivers the most reliable and relevant online news and business information. Our virtually complete coverage of current awareness assures businesses of a comprehensive view into all business critical information.

Moreover provides comprehensive coverage across a wide range of media:



**Current Awareness**
From more than 25,000 Sources
250,000 Articles a day
200 countries in 75 languages



**Weblogs**
7 million Weblogs
10,000 of the most influential



**Broadcast**
35 Broadcast Channels
Audio and Video
Advanced speech to text recognition

### News Aggregation vs. Syndication?
For current awareness, news aggregation is far superior to traditional syndication. Why? Increasingly, critical business information appears first, and more often exclusively, on the open Internet. Because Moreover aggregates news already available on the Web, there are no hidden content access charges like those associated with syndicated news services. The result is a fixed, predictable cost structure that delivers a rapid return on investment.

### Become a Source
If you would like to be added to the Moreover source list please use the following links:

**Weblogs**
If you are a Blogger, please click here to utilize the Moreover Ping Server.

**News Sources**
If you are an Internet news source, please contact us to be added as a source.

© 1998 - 2007 Moreover Technologies, Inc. All rights reserved. Privacy Policy | Terms and Conditions