

US Home | Worldwide Sites | Contact Us | Site Map

**Products & Services** | **Solutions** | **Support** | **About VeriSign** | **Existing Customers**

You Are Here: US Home > Products & Services > Content and Messaging Services > VeriSign® Real-Time Publisher Services

# Real-Time Publisher Services

VeriSign® Real-Time Publisher Services are a suite of intelligent infrastructure services that allow organizations to harvest and organize massive amounts of constantly updated content, and distribute it, in real time, to enterprises, Web-portal developers, application developers, and consumers.

**Products & Services**
Content Aggregation Services
Ping Server Services

VeriSign Real-Time Publisher Services also make it easier for publishers of all sizes to distribute and track their content feeds, improving the reliability and quality of their real-time content.

The Web is no longer built around static, one-way communications. Today's Web is a real-time Web, presenting users with a constant influx of data and information. Building on the VeriSign legacy of operating highly reliable, scalable networks, VeriSign has recently acquired Moreover® Technologies and Weblogs.com®, uniquely positioning VeriSign as the leading provider of real-time publisher services. Through these services, VeriSign helps users to securely aggregate, distribute, and monetize content.

Learn More about Real-Time Publisher Services: View the Flash Presentation.

VeriSign Real-Time Publisher Services include:

### Content Aggregation Services >>
Moreover Technologies, a VeriSign company, continually scours the Internet to capture and distribute breaking news and business information from thousands of qualified, handpicked sources, including Web sites, Web logs, and broadcast video and audio feeds.

### Ping Server Services >>
Weblogs.com, a VeriSign service, is a high-performance ping server that automatically notifies subscribers when new content is posted to a Web site or Web log. Weblogs.com is the original ping server, receiving and distributing millions of pings every day.

**Contact Us**
Please contact sales at 650-426-5310 or submit your inquiry online.

**Related Links**
VeriSign Blogs
Ping Server FAQ

**Related Resources**
White Papers
Effectively Aggregating User-Generated Content (PDF)
Re-Inventing Aggregation: The Rise of Aggregated Online Current Awareness in the Enterprise (PDF)
Corporate RSS, Ready to Roll: Analysis of RSS and its Application in Enterprise Environments (PDF)

Success Stories
Spoornet

**News & Events**
VeriSign® Mobile Banking Solution to Include 2-Way Customer Interaction Platform from ClairMail

Contact Us | Careers | Legal Notices | Privacy | Repository | ©1995-2007 VeriSign, Inc. All rights reserved.



US Home | Worldwide Sites | Contact Us | Site Map

**Products & Services** | **Solutions** | **Support** | **About VeriSign** | **Existing Customers**

You Are Here: US Home > Products & Services > Content and Messaging Services > VeriSign® Real-Time Publisher Services > Content Aggregation Services

## Content Aggregation Services

Moreover® Technologies, a VeriSign company, is the premier provider of real-time news and business information, improving the way online news is gathered, refined, categorized, and delivered. Moreover products are trusted by hundreds of leading organizations to deliver real-time news and actionable intelligence that drives informed business decisions.

Additional information about Moreover services can be found at http://www.moreover.com.

### Service Advantages

**Total Coverage**
A comprehensive view into the online news that affects your business Moreover has broad news coverage across a wide range of media types, harvesting content from an editorially ranked list of more than 12,000 online news sources, blogs, and broadcast channels.

**Organization**
Quickly find targeted online news content relevant to your business needs Moreover intelligently categorizes news content across 380 topics, to provide targeted browsing. News articles are enriched with more than 30 descriptive metadata fields, to enable the precise filtering of millions of news articles in real time.

**Real-Time**
Confidence that decisions are based on the most current online news available Moreover harvests more than 200,000 news articles per day, in real time. Links to breaking stories can be distributed two minutes after they are published online.

**Integration**
Spend less time, money and resources integrating news content into your environment Moreover solutions can be quickly integrated into custom applications, Web sites, intranets, or enterprise portals. Moreover solutions are all 100% standards-based, providing unrivalled flexibility and speed of integration, resulting in an extremely low total cost of integration.

**Cost-Effective**
Valuable information, while staying within budget Because Moreover aggregates news from the Internet, there are no hidden content access charges as there are with traditional syndicated news services. The result is a fixed, predictable cost structure.

**Contact Us**
Please contact sales at 650-426-5310 or submit your inquiry online.

**Related Links**
VeriSign Blogs
Ping Server FAQ

**Related Resources**
White Papers
Effectively Aggregating User-Generated Content (PDF)

Re-Inventing Aggregation: The Rise of Aggregated Online Current Awareness in the Enterprise (PDF)

Corporate RSS, Ready to Roll: Analysis of RSS and its Application in Enterprise Environments (PDF)

Success Stories
Spoornet

**News & Events**
VeriSign® Mobile Banking Solution to Include 2-Way Customer Interaction Platform from ClairMail