UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE ASSOCIATED PRESS,

                              Plaintiff,

    v.                                        07 CIV 8699 (GBD)

MOREOVER TECHNOLOGIES, INC., and
VERISIGN, INC.,

                              Defendants.

---

## CERTIFICATE OF SERVICE

I, Anthony D. Boccanfuso, the undersigned attorney at law duly admitted to practice in the State of New York, respectfully show that on the 7th day of November 2007, the annexed **NOTICE OF MOTION TO DISMISS OF DEFENDANTS VERISIGN, INC. AND MOREOVER TECHNOLOGIES, INC.; CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 OF DEFENDANTS VERISIGN, INC. AND MOREOVER TECHNOLOGIES, INC.;** and **MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** were served by hand delivery upon:

                        Edward F. Maluf
                        Joseph J. Barker
                        BINGHAM McCUTCHEN LLP
                        399 Park Avenue
                        New York, New York 10022

                                                    _____
                                                    Anthony D. Boccanfuso