```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 2 7 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>         Plaintiff,<br><br>  v.<br><br>MOREOVER TECHNOLOGIES, INC., and<br>VERISIGN, INC.,<br><br>         Defendants. | 07 CIV 8699 (GBD)<br><br>**STIPULATION AND ORDER** |

  Defendants VeriSign, Inc. and Moreover Technologies, Inc. (collectively "Defendants") and plaintiff The Associated Press ("Plaintiff"), through their respective counsel of record, hereby stipulate and agree as follows:

  WHEREAS, the parties previously sought and received an extension from the Court, so ordered October 26, 2007, that provided the Defendants with additional time to respond to the Complaint;

  WHEREAS, on November 7, 2007, Defendants filed a Motion to Dismiss the Complaint (the "Motion to Dismiss");

  WHEREAS, pursuant to the so ordered Stipulation of October 26, 2007, Plaintiff's response to the Motion to Dismiss is due on December 3, 2007;

  NOW, THEREFORE, the parties stipulate and agree as follows:

  1. The time for Plaintiff to file its response to the Motion to Dismiss is hereby extended to and including December 10, 2007.

2. Defendants shall file their reply, if any, on or before December 17, 2007.

Dated: November 21, 2007

ARNOLD & PORTER LLP
JAMES B. SWIRE
LOUIS S. EDERER
ELEANOR M. LACKMAN
399 Park Avenue
New York, New York 10022-4690
(212) 715-1000

ARNOLD & PORTER LLP
RONALD L. JOHNSTON (to seek *pro hac vice* admission)
SEAN MORRIS
777 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017
(213) 243-4000

By: _____
SEAN MORRIS
Attorneys for Defendants
VeriSign, Inc. and Moreover Technologies, Inc.

Dated: November 21, 2007

BINGHAM McCUTCHEN LLP
EDWARD F. MALUF
JOSEPH J. BARKER
399 Park Avenue
New York, New York 10022
(212) 705-7000

By: _____
EDWARD F. MALUF
Attorneys for Plaintiff
The Associated Press

SO ORDERED, this ____ day of _____, 2007

_____
U.S.D.J.    NOV 2 7 2007
HON. GEORGE B. DANIELS