UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE ASSOCIATED PRESS,

                Plaintiff,

v.

MOREOVER TECHNOLOGIES, INC. and
VERISIGN, INC.,

                Defendants.

07 Civ. 8699 (GBD)

ORDER

CHAMBERS COPY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 3 2007

Pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District of New York and upon the affidavit of Anthony D. Boccanfuso, a member of the Bar of this Court, it is

ORDERED that Ronald L. Johnston be admitted to the Bar of this Court *pro hac vice* as counsel for defendants VeriSign, Inc. and Moreover Technologies, Inc..

Dated:    New York, New York
            _____, 2007

DEC 0 3 2007

                                      SO ORDERED:

                                      *George B. Daniels*
                                      HON. GEORGE B. DANIELS
                                              U.S.D.J.