UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>      Plaintiff,<br>  v.<br><br>MOREOVER TECHNOLOGIES, INC. and VERISIGN, INC.,<br><br>      Defendants | 07 Civ. 8699 (GBD)<br><br>NOTICE OF MOTION FOR<br>ADMISSION PRO HAC VICE |

  PLEASE TAKE NOTICE that upon the annexed affidavit of Anthony D. Boccanfuso, defendants VeriSign, Inc. and Moreover Technologies, Inc. will move this Court, before the Honorable George B. Daniels, for an Order admitting Ronald L. Johnston to the Bar of this Court *pro hac vice* pursuant to Local Rule 1.3(c).

Dated: New York, New York
    November 30, 2007

                ARNOLD & PORTER LLP

                By: _____
                Anthony D. Boccanfuso
                399 Park Avenue
                New York, New York 10022
                (212) 715-1000

                *Attorneys for Defendants*
                *VeriSign, Inc. and MoreoverTechnologies, Inc.*

To: Edward F. Maluf
   Joseph J. Barker
   Bingham McCutchen LLP
   399 Park Avenue
   New York, New York 10022
   (212) 705-7000

   *Attorneys for Plaintiff*
   *The Associated Press*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>                        Plaintiff,<br>v.<br><br>MOREOVER TECHNOLOGIES, INC., and<br>VERISIGN, INC.,<br><br>                        Defendants | 07 Civ. 8699 (GBD)<br><br>AFFIDAVIT |

Anthony D. Boccanfuso, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court. I make this affidavit in support of the motion of defendants VeriSign, Inc. and Moreover Technologies, Inc., (collectively, "Defendants") for the admission of Ronald L. Johnston to the Bar of this Court *pro hac vice*.

2. Mr. Johnston is a member of the firm of Arnold & Porter LLP, counsel for Defendants in the above-captioned action. Mr. Johnston is a member in good standing of the Bar of the State of California (a certified copy of a certificate of good standing is annexed hereto as Exhibit A).

3. Mr. Johnston has advised me that he is familiar with the Federal Rules of Civil Procedure and with the local rules of this Court.

4. I can personally attest that Mr. Johnston is of the highest competence and character.

5. Accordingly, I respectfully request that Ronald L. Johnston be admitted to the Bar of this Court *pro hac vice*.

Anthony D. Boccanfuso

Sworn to before me this 30th day of November, 2007

Notary Public

**LOUIS H. CHAMPAGNE**
Notary Public, State of New York
No. 01CH6066853 Qualified in C…
Certificate Filed in New Y…
Commission Expires November 26, 2009



# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

November 20, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RONALD LEE JOHNSTON, #057418 was admitted to the practice of law in this state by the Supreme Court of California on December 20, 1973; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>      Plaintiff,<br><br>v.<br><br>MOREOVER TECHNOLOGIES, INC. and VERISIGN, INC.,<br><br>      Defendants | 07 Civ. 8699 (GBD) |

## CERTIFICATE OF SERVICE

I, Anthony D. Boccanfuso, the undersigned attorney at law duly admitted to practice in the State of New York, respectfully show that on the 30th day of November 2007, I caused to be served a copy of the annexed **NOTICE OF MOTION FOR ADMISSION PRO HAC VICE, AFFIDAVIT OF ANTHONY D. BOCCANFUSO, AND [PROPOSED] ORDER** by first-class mail upon:

    Edward F. Maluf, Esq.
    Joseph J. Barker, Esq.
    Bingham McCutchen LLP
    399 Park Avenue
    New York, New York 10022

                _____
                Anthony D. Boccanfuso

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――― x
In re MORGAN STANLEY DERIVATIVE      : Master File No. 05-CV-6516 (LTS)
LITIGATION                                                      :
                                                                         : (Derivative Action)
―――――――――――――――――――――― :
                                                                         : MOTION TO ADMIT COUNSEL PRO HAC
This Document Relates To:                        : VICE
                                                                         :
    ALL ACTIONS.                                           :
                                                                         :
―――――――――――――――――――――― x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Samuel H. Rudman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

> Henry Rosen
> COUGHLIN STOIA GELLER RUDMAN
>   & ROBBINS LLP
> 655 West Broadway, Suite 1900
> San Diego, CA 92101
> Telephone: 619/231-1058
> 619/231-7423 (fax)

Henry Rosen is a member in good standing of the Bars of the States of California and Colorado, the United States District Courts of the Northern, Eastern, Central and Southern Districts of California and the District of Colorado, and the United States Supreme Court. There are no pending disciplinary proceeding against Henry Rosen in any State or Federal court.

DATED: November 30, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
MARIO ALBA, JR. (MA-7240)

_____
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
HENRY ROSEN
TRIG R. SMITH
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

CAVANAGH & O'HARA
WILLIAM K. CAVANAGH, JR.
407 East Adams Street
Springfield, IL 62701
Telephone: 217/544-1771
217/544-9894 (fax)

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE
4748 Wisconsin Avenue, N.W.
Washington, DC 20016
Telephone: 202/362-0041
202/362-2640 (fax)

Additional Counsel for Plaintiffs

S:\CasesSD\Morgan Stanley Derivative\MOT00047550.doc



**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

November 19, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, HENRY ROSEN, #156963 was admitted to the practice of law in this state by the Supreme Court of California on December 20, 1991; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records