USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 ___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE ASSOCIATED PRESS,

                Plaintiff,

v.

MOREOVER TECHNOLOGIES, INC., and
VERISIGN, INC.,

                Defendants.

---

07 CIV 8699 (GBD)

**STIPULATION AND ORDER**

      Defendants VeriSign, Inc. and Moreover Technologies, Inc. (collectively "Defendants") and plaintiff The Associated Press ("Plaintiff"), through their respective counsel of record, hereby stipulate and agree as follows.

      WHEREAS, the parties previously sought and received an extension from the Court, so ordered October 26, 2007, that provided the Defendants with additional time to respond to the Complaint;

      WHEREAS, on November 7, 2007, Defendants filed a Motion to Dismiss the Complaint (the "Motion to Dismiss");

      WHEREAS, pursuant to the so ordered Stipulation of October 26, 2007, Plaintiff's response to the Motion to Dismiss was due on December 3, 2007;

      WHEREAS, the parties then sought an extension from the Court, so ordered November 27, 2007, to permit Plaintiff to file its response to the Motion to Dismiss by December 10, 2007.

      WHEREAS, the parties now seek to further extend the date that Plaintiff's response shall be due and set a date by which Defendants' reply, if any, shall be filed.

      NOW, THEREFORE, the parties stipulate and agree as follows:

A-72542821.1

1.  The time for Plaintiff to file its response to the Motion to Dismiss is hereby extended to and including December 21, 2007.

2.  Defendants shall file their reply, if any, on or before January 11, 2008.

Dated: December 5, 2007

ARNOLD & PORTER LLP
JAMES B. SWIRE
LOUIS S. EDERER
ELEANOR M. LACKMAN
399 Park Avenue
New York, New York 10022-4690
(212) 715-1000

ARNOLD & PORTER LLP
RONALD L. JOHNSTON (to seek *pro hac vice* admission)
SEAN MORRIS
777 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017
(213) 243-4000

By _____
SEAN MORRIS
Attorneys for Defendants
VeriSign, Inc. and Moreover Technologies, Inc.

Dated: December __, 2007

BINGHAM McCUTCHEN LLP
EDWARD F. MALUF
JOSEPH J. BARKER
399 Park Avenue
New York, New York 10022
(212) 705-7000

By: _____
EDWARD F. MALUF
Attorneys for Plaintiff
The Associated Press

DEC 1 0 2007

SO ORDERED, this ___ day of _____, 2007

_____
HON. GEORGE B. DANIELS

A-72342821 1         2