UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ASSOCIATED PRESS,

        Plaintiff,

v.

MOREOVER TECHNOLOGIES, INC. and
VERISIGN, INC.,

        Defendants.

07 Civ. 8699 (GBD)

ORDER

    Pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District of New York and upon the affidavit of Anthony D. Boccanfuso, a member of the Bar of this Court, it is

    ORDERED that Ronald L. Johnston be admitted to the Bar of this Court *pro hac vice* as counsel for defendants VeriSign, Inc. and Moreover Technologies, Inc..

Dated:   New York, New York
          DEC 12 2007, 2007

SO ORDERED:

*/s/ George B. Daniels*
U.S.D.J.
HON. GEORGE B. DANIELS