Edward F. Maluf
edward.maluf@bingham.com
Joseph J. Barker
joseph.barker@bingham.com
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10022
212.705.7000

Attorneys for Plaintiff
*The Associated Press*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>                              Plaintiff,<br><br>            -against-<br><br>MOREOVER TECHNOLOGIES, INC., and VERISIGN, INC.,<br><br>                              Defendants. | 07 CIV 8699 (GBD)<br><br>**NOTICE OF DISMISSAL** |

　　　　Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff The Associated Press, by its undersigned counsel, hereby dismisses all claims asserted in this action with prejudice, each party to bear its own attorneys' fees and other costs.

Dated:  August 14, 2008
　　　　New York, New York

　　　　　　　　　　　　　　　　　　BINGHAM McCUTCHEN LLP

　　　　　　　　　　　　　　　　　　By: /s Edward F. Maluf                    
　　　　　　　　　　　　　　　　　　　　Edward F. Maluf
　　　　　　　　　　　　　　　　　　　　edward.maluf@bingham.com
　　　　　　　　　　　　　　　　　　　　Joseph J. Barker
　　　　　　　　　　　　　　　　　　　　joseph.barker@bingham.com
　　　　　　　　　　　　　　　　　　　　399 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　212.705.7000

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　*The Associated Press*

A/72622745.2