UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE ASSOCIATED PRESS,

                Plaintiff,

   -against-

MOREOVER TECHNOLOGIES, INC., and VERISIGN, INC.,

                Defendants.

07 CIV 8699 (GBD)

**STIPULATION OF DISMISSAL**

---

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff The Associated Press and defendants VeriSign, Inc. and Moreover Technologies, Inc., through their respective counsel of record, hereby stipulate to the dismissal with prejudice of all claims asserted in this action, each party bearing its own attorneys' fees and other costs.

Dated: August 15, 2008
         New York, New York

BINGHAM McCUTCHEN LLP
Edward F. Maluf
edward.maluf@bingham.com
399 Park Avenue
New York, New York 10022
(212) 705-7000

By: _____
      Edward F. Maluf

*Attorneys for Plaintiff*
*The Associated Press*

ARNOLD & PORTER LLP
Sean Morris
sean_morris@aporter.com
777 S. Figueroa Street, Suite 4400
Los Angeles, CA 90017
(213) 243-4000

By: _____
      Sean Morris

*Attorneys for Defendants*
*VeriSign, Inc. and*
*Moreover Technologies, Inc.*

A/72626649.1